# EXHIBIT I

## INFRINGEMENT OF U.S. PATENT NO. 9,487,357 UNDER 35 U.S.C. § 271

As outlined in the below claim chart, Defendant infringes, either literally or under the doctrine of equivalents, at least Claim 1 of the '357 Patent.

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **1[pre]** An apparatus for picking products, the apparatus comprising: a machine-readable medium comprising: | On information and belief, Apkudo provides an apparatus for picking products comprising a machine-readable medium. For example, Apkudo's Device Passport Platform and AI-powered robotics for picking products comprising a machine-readable medium. |

1

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  |  https://apkudo.com/platform-overview |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
|  | <br><br>https://apkudo.com/platform-overview |



## Standalone Automation Unit

A compact, standalone solution for automated cosmetic and functional device processing. Multiple units can be linked together and integrated with pre- or post-processing automation, offering a flexible approach for growing operations.

Learn More →

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.apkudo.com/process |



## Full Automation Line

Apkudo's fully automated line can process 250+ mobile devices per hour—no human intervention needed. Modular and integrated processing cells work together seamlessly to meet your unique workflow requirements.

Learn More →

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | https://www.apkudo.com/process<br><br><br><br>https://www.apkudo.com/process |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br><br>https://www.apkudo.com/careers |



| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://vimeo.com/577368934 (0:29)<br><br><br><br>https://www.apkudo.com/powered-by-apkudo/cyculus |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://vimeo.com/577368934 (0:38-0:50, robotic arms picking up and stacking different phone models) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>"It's also customizable, so you can check phones, tablets, medical devices, or anything with a touchscreen." https://vimeo.com/577368934 (0:55-1:00) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  |  https://vimeo.com/577368934 (0:15-0:16, identifying the model make and model from scanning) |

13

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1a]** a set of business rules for arranging at least one product of a work order into a virtual stack of at least one product, the at least one product having physical dimensions, the virtual stack being a three dimensional (3D) representation of the at least one product; and | On information and belief, Defendant provides a set of business rules for arranging at least one product of a work order into a virtual stack of at least one product, the at least one product having physical dimensions, the virtual stack being a three dimensional (3D) representation of the at least one product. For example, Apkudo's Device Passport Platform and AI-powered robotics includes business rules for arranging products of work orders into virtual stacks of products, products having physical dimensions, the virtual stacks being a three-dimensional (3D) representation of the products.<br><br><br><br>https://vimeo.com/577368934 (0:15-0:16, identifying the model make and model from scanning) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 (1:39, phones are stacked for processing by Apkudo's machine. On information and belief, Apkudo's system includes a virtual stack that represents the physical stack.) |

15

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | <br><br>"This system dramatically reduces product test time because you can run the same test on multiple units simultaneously." https://vimeo.com/577368934  (1:00-1:08) |

16

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  "With our automated solution, we can replace subjective decision making with measurable, definable criteria that are adjustable to your specifications." https://vimeo.com/577368934 (0:35-0:45) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | <br><br>"It's also customizable, so you can check phones, tablets, medical devices, or anything with a touchscreen." https://vimeo.com/577368934 (0:55-1:00)<br><br>**What is the units per hour (UPH) expectation for RSA?**<br><br>Generally, expectations for a single RSA unit are 30+ devices per hour. There is variability based on device types, device mix, and testing configuration. Multiple RSA units can also be daisy-chained together to match your specific UPH targets. The <u>full automation line</u> is available for large-scale operations.<br><br>https://www.apkudo.com/automation-unit |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | **What processing volume is recommended for Apkudo automation?**<br><br>Apkudo's automation solutions can be configured to fit a range of processing volumes.<br><br>Standalone automation units can support processing needs where the expected volume is 30 devices per hour or more.<br><br>Apkudo's full automation line solves the needs of highly consolidated device return centers, with an average monthly return volume of 100,000 devices or more.<br><br>https://www.apkudo.com/automation-line |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.apkudo.com/process<br><br><br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 (0:06) |



| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://vimeo.com/577368934 (0:29)<br><br><br><br> https://www.youtube.com/watch?v=XvozvhfLUC8 (0:16-0:17: Phones arriving and being selected from robotic arm on track) |

23

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 (0:20) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 (0:28-30: Phones displaying model information on screen)<br><br>To the extent that Defendant argues that this step is not practiced literally, Defendant's actions would infringe under the doctrine of equivalents because the accused functionality shown above – even to the extent argued to be different – has the same function (arranging products of a work order into a virtual stack that is a 3D representation of at least one product, e.g., to enable processing by Apkudo's system), performed in the same way (arranging according to business rules, e.g., that guide processing of different makes/models) to achieve the same result (a set of products arranged into a virtual stack that is a 3D representation of the at least one product, e.g., to enable the system's automation to operate on the device(s)). |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | a set of business rules for arranging at least one product of a work order into a virtual stack of at least one product, the at least one product having physical dimensions, the virtual stack being a three dimensional (3D) representation of the at least one product; |
| **[1b]** a set of business rules for selecting each product of the at least one product; | On information and belief, Defendant provides a set of business rules for selecting each product of the at least one product. For example, Apkudo's Device Passport Platform and AI-powered robotics includes a set of business rules for selecting each product of the at least one product.<br><br> |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://vimeo.com/577368934 (0:15-0:16, identifying the model make and model from scanning)<br><br><br><br>"With our automated solution, we can replace subjective decision making with measurable, definable criteria that are adjustable to your specifications." https://vimeo.com/577368934 (0:35-0:45) |

27

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>"It's also customizable, so you can check phones, tablets, medical devices, or anything with a touchscreen." https://vimeo.com/577368934 (0:55-1:00)<br><br>https://www.apkudo.com/automation-unit |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | **What processing volume is recommended for Apkudo automation?**<br><br>Apkudo's automation solutions can be configured to fit a range of processing volumes.<br><br>Standalone automation units can support processing needs where the expected volume is 30 devices per hour or more.<br><br>Apkudo's full automation line solves the needs of highly consolidated device return centers, with an average monthly return volume of 100,000 devices or more.<br><br>https://www.apkudo.com/automation-line |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  CONNECT CLEANING, COSMETIC GRADING, AND CLEARING CELLS AS NEEDED <br><br> https://www.youtube.com/watch?v=XvozvhfLUC8 (1:39) |

30

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  "This system dramatically reduces product test time because you can run the same test on multiple units simultaneously." https://vimeo.com/577368934  (1:00-1:08) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.apkudo.com/process <br><br>  <br><br> https://www.youtube.com/watch?v=XvozvhfLUC8 (0:06) |



| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://vimeo.com/577368934 (0:29)<br><br><br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 (0:16-0:17: Phones arriving and being selected from robotic arm on track)<br><br>To the extent that Defendant argues that this step is not practiced literally, Defendant's actions would infringe under the doctrine of equivalents because the accused functionality shown above – even to the extent argued to be different – has the |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | same function (a set of business rules for selecting each product), performed in the same way (applying rules to determine the selection) to achieve the same result (selecting products according to the rules). |
| **[1c]** a vision module comprising a sensor configured to identify one or more indications of a condition of each product of the at least one product; | On information and belief, Defendant provides a vision module comprising a sensor configured to identify one or more indications of a condition of each product of the at least one product. For example, Apkudo's Device Passport Platform and AI-powered robotics includes a processor configured to receive a work order to obtain at least one product. |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 (1:39) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>"Meet the new functional testing and cosmetic grading robotics solution."  https://vimeo.com/577368934 (0:01-0:06) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | <br><br>"With our automated solution, we can replace subjective decision making with measurable, definable criteria that are adjustable to your specifications." https://vimeo.com/577368934 (0:35-0:45) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://vimeo.com/577368934 (0:32) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://vimeo.com/577368934 (0:39) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br><br>https://vimeo.com/577368934 (1:05) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br><br>https://vimeo.com/577368934 (0:54) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
|  | <br><br>"You can make clear decisions to repair, recycle, or return products..." https://vimeo.com/577368934 (0:24) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>"It's also customizable, so you can check phones, tablets, medical devices, or anything with a touchscreen." https://vimeo.com/577368934 (0:55-1:00) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/process |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.apkudo.com/process |
| [1d] a processor configured to perform an inspection of each product of the at least one product based on the condition of the product and the set of business rules for selecting the product; and | On information and belief, Defendant provides a processor configured to perform an inspection of each product of the at least one product based on the condition of the product and the set of business rules for selecting the product. For example, Apkudo's Device Passport Platform and AI-powered robotics includes a processor configured to perform an inspection of each product of the at least one product based on the condition of the product and the set of business rules for selecting the product. |

47

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 (1:39) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>"Meet the new functional testing and cosmetic grading robotics solution."  https://vimeo.com/577368934 (0:01-0:06) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  "With our automated solution, we can replace subjective decision making with measurable, definable criteria that are adjustable to your specifications." https://vimeo.com/577368934 (0:35-0:45) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://vimeo.com/577368934 (0:32) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://vimeo.com/577368934 (1:05) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | <br><br>https://vimeo.com/577368934 (0:54) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  "You can make clear decisions to repair, recycle, or return products..." https://vimeo.com/577368934 (0:24) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://vimeo.com/577368934 (0:15-0:16, identifying the model make and model from scanning) |

55

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>"With our automated solution, we can replace subjective decision making with measurable, definable criteria that are adjustable to your specifications." https://vimeo.com/577368934 (0:35-0:45) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>"It's also customizable, so you can check phones, tablets, medical devices, or anything with a touchscreen." https://vimeo.com/577368934 (0:55-1:00) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br><br>https://www.apkudo.com/process |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/process |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  "With our automated solution, we can replace subjective decision making with measurable, definable criteria that are adjustable to your specifications." https://vimeo.com/577368934 (0:35-0:45) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  CONNECT CLEANING, COSMETIC GRADING, AND CLEARING CELLS AS NEEDED <br><br> https://www.youtube.com/watch?v=XvozvhfLUC8 (1:39) |

61

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://www.apkudo.com/process<br><br>Apkudo's marketing materials repeatedly reference configurability and customizability, as well as multiple decision-making points. There are rules that the machine can use to select and process different devices.<br><br><br><br>"You can make clear decisions to repair, recycle, or return products..." https://vimeo.com/577368934 (0:24) |
| **[1e]** a robotic arm for: | On information and belief, Defendant provides a robotic arm for selecting each product of the at least one product that has passed the inspection. For example, Apkudo's Device Passport Platform and AI-powered robotics includes a robotic arm for: selecting each product of the at least one product that has passed the inspection. |

63

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| selecting each product of the at least one product that has passed the inspection; and |  CONNECT CLEANING, COSMETIC GRADING, AND CLEARING CELLS AS NEEDED<br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 (1:39) |



| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | https://vimeo.com/577368934 (0:29)  https://www.youtube.com/watch?v=XvozvhfLUC8 (0:16-0:17: Phones arriving and being selected from robotic arm on track) |

66



https://www.youtube.com/watch?v=XvozvhfLUC8 (0:16-0:17: Phones arriving and being selected from robotic arm on track)

| | |
|---|---|
| **[1f]** arranging each product | On information and belief, Defendant provides a robotic arm for arranging each product of the at least one product to form a physical stack based on the virtual stack. For example, Apkudo's Device Passport Platform and AI-powered robotics |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| of the at least one product to form a physical stack based on the virtual stack. | includes a robotic arm for: arranging each product of the at least one product to form a physical stack based on the virtual stack.  "This system dramatically reduces product test time because you can run the same test on multiple units simultaneously." https://vimeo.com/577368934  (1:00-1:08) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://vimeo.com/577368934 (0:38-0:50, robotic arms picking up and stacking different phone models) |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 (1:39)<br><br>To the extent that Defendant argues that this step is not practiced literally, Defendant's actions would infringe under the doctrine of equivalents because the accused functionality shown above – even to the extent argued to be different – has the |

| Claims of the '357 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | same function (arranging products into a physical stack), performed in the same way (according to the virtual model of the physical stack) to achieve the same result (products arranged in a physical stack). |