# EXHIBIT L

**INFRINGEMENT OF U.S. PATENT NO. 9,998,239 UNDER 35 U.S.C. § 271**

As outlined in the below claim chart, Defendant infringes, either literally or under the doctrine of equivalents, at least Claim 1 of the '239 Patent.

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **1[pre]** An automated radio frequency testing management system comprising: | On information and belief, Defendant provides an automated radio frequency testing management system.<br><br>For example, Apkudo's Robotic Full Automation provides "functional testing" of mobile devices. https://www.apkudo.com/automation-line (emphasis added).<br><br>In Apkudo's overview of its Device Passport Platform, images show that the diagnostics performed on an electronic device, such as the Samsung Galaxy S22, included testing "connectivity" (i.e., "radio frequency testing"). |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | Further, the Accused Platform is used to manage those tests. For example, the preceding screenshot shows that Apkudo's software displays the results of diagnostic testing that includes radio frequency testing (e.g., by testing connectivity).<br><br>Further, Apkudo's Functional Test & Cosmetic Grading Robotics video depicts testing cells that automatically perform functional testing of electronic devices.<br><br><br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:02. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:25. |

4

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/trade-in |
| [1a] a database configured to store data for performing automated radio frequency testing on a plurality of electronic devices; | On information and belief, Defendant's testing includes a database configured to store data for performing automated radio frequency testing on a plurality of electronic devices.<br><br>For example, Apkudo's website shows the Device Passport interface's "Passport Directory," which includes data for performing automated radio frequency testing on a plurality of electronic devices. The display shows numerous smartphones of different types listed (a plurality of electronic devices), and data related to the "connectivity" diagnostic. On information and belief, this data and other data for performing automated radio frequency testing is stored in a database. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| |  https://www.apkudo.com/platform-overview |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/trade-in |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/trade-in |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br><br>https://www.apkudo.com/powered-by-apkudo |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  |  |

12

| [1b] a server in network communication with the database, the server configured to provide an interface for configuring the automated radio frequency testing management system and retrieving test results, wherein configuring the automated radio frequency testing management system includes setting configuration parameters within the database; and | On information and belief, Defendant's testing includes a server in network communication with the database, the server configured to provide an interface for configuring the automated radio frequency testing management system and retrieving test results, wherein configuring the automated radio frequency testing management system includes setting configuration parameters within the database.<br><br>As described above, the "Device Passport" software provides an interface for configuring the automated radio frequency testing management system and retrieving test results. For example, the interface displays test results received from "diagnostics" testing of electronic devices. On information and belief, this interface and others used in the Accused Platform are provided via a server in network communication with a database. |
| --- | --- |

13

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br><br>https://www.apkudo.com/trade-in |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.apkudo.com/trade-in |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.apkudo.com/powered-by-apkudo<br><br>Further, the "Device Passport" software includes wherein configuring the automated radio frequency testing management system includes setting configuration parameters within the database. For example, the "Device Passport" software's interface displays a "diagnostics" display. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  |

| | |
|---|---|
| **[1c]** at least one test station in network communication with the database, the test station comprising a test station controller in communication with at least one radio frequency test set, wherein each radio frequency test set is configured with at least one test port configured with at least one radio frequency shield box, and wherein the test station controller is configured to receive data from the database to | On information and belief, Defendant's testing includes at least one test station in network communication with the database, the test station comprising a test station controller in communication with at least one radio frequency test set, wherein each radio frequency test set is configured with at least one test port configured with at least one radio frequency shield box, and wherein the test station controller is configured to receive data from the database to perform the automated radio frequency testing on the plurality of electronic devices.<br><br>For example, Apkudo's Functional Test and Cosmetic Grading Robotics video shows a test station that automatically processes devices.<br><br><br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:25. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| perform the automated radio frequency testing on the plurality of electronic devices; wherein the test station controller comprises: | Further, for example, Apkudo's software displays the results of various diagnostic tests, including diagnostics that check "connectivity." |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | https://www.apkudo.com/platform-overview<br><br>Further, on information and belief, the test station comprises a test station controller in communication with at least one radio frequency test set. For example, as discussed above, Apkudo's software interface displays that connectivity (i.e., radio frequency) is tested, and appears to have a page for configuring diagnostics. |

| **Claims of the '239 Patent** | **Exemplary Citations Showing Infringement** |
|---|---|
| |  https://www.apkudo.com/platform-overview |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | On information and belief, Defendant includes a test station controller in communication with at least one radio frequency test set is used. Further, Apkudo's video shows a portion of testing that appears to place devices in shield boxes, and shows test ports in the form of cables going into the shield box.<br><br> |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18. Testing is performed, as indicated by the software interface's "connectivity" display. This shows that the test station controller is configured to receive data from the database to perform the automated radio frequency testing on the plurality of electronic devices. |
| [1c.1] a non-transitory computer-readable storage media having stored thereon computer-executable instructions; and | On information and belief, Defendant's testing includes a non-transitory computer-readable storage media having stored thereon computer-executable instructions. Apkudo's automated testing occurs as the result of computer-executable instructions stored on non-transitory computer-readable storage media that are executed by the system. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
|  | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:25. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| [1c.2] a processor for executing the computer-executable instructions, wherein the computer-executable instructions include instructions for: | On information and belief, Defendant's testing also comprises a processor for executing the computer-executable instructions. https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18. |

28

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
| --- | --- |
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:25. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| [1c.3] enabling the test station controller to communicate over the network with the at least one radio frequency test set and the database; | On information and belief, Defendant's testing includes instructions for enabling the test station controller to communicate over the network with the at least one radio frequency test set and the database.<br><br>For example, Apkudo's documentation shows that the data and the test results from connectivity testing are provided to the Apkudo software interface. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.apkudo.com/platform-overview |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| [1c.4] controlling the at least one radio frequency test set to concurrently perform radio frequency testing of the plurality of electronic devices based on the data received from the database by determining whether an electronic device in the plurality corresponds to a currently configured model for the at least one test port; and | On information and belief, Defendant's testing includes instructions for controlling the at least one radio frequency test set to concurrently perform radio frequency testing of the plurality of electronic devices based on the data received from the database by determining whether an electronic device in the plurality corresponds to a currently configured model for the at least one test port.<br><br>For example, the Apkudo software interface shows that the system supports the testing of various different devices. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | On information and belief, in the Apkudo platform, radio frequency testing is performed concurrently on a plurality of electronic devices. For example, the video shows multiple different phones moving through the system:<br><br><br><br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:08.<br><br>Further, the portion of the video that appears to show shield boxes with electronic devices shows multiple devices moving in and out of the shield boxes concurrently: |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.youtube.com/watch?v=XvozvhfLUC8 at 1:18. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| **[1c.5]** querying the database to receive the data for performing the radio frequency testing of the electronic device in the plurality under test based on identifying a model of the electronic device in the plurality under test. | On information and belief, Defendant's testing includes instructions for querying the database to receive the data for performing the radio frequency testing of the electronic device in the plurality under test based on identifying a model of the electronic device in the plurality under test.<br><br>For example, the Apkudo software interface shows that the system is capable of testing various different electronic devices for connectivity, and identifies the devices by model. |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| | <br>https://www.apkudo.com/platform-overview |

| Claims of the '239 Patent | Exemplary Citations Showing Infringement |
|---|---|
| |  https://www.youtube.com/watch?v=XvozvhfLUC8 at 0:08. |